USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,             :

        - v. -                             :     **ORDER**
                                                  04 Cr. 341 (RPP)

ALEXANDER IZQUIERDO,                  :

                Defendant  :

------------------------------------x

        Upon the application of the United States, by the United States Attorney for the Southern District of New York, by Assistant United States Attorney Marcus A. Asner;

        It is found that the file the above-captioned action is currently filed under seal and the United States Attorney's Office has applied to have that item unsealed; it is therefore

        ORDERED that the file in the above-mentioned action be unsealed and remain unsealed pending further order of the court.

DATED:    New York, New York
            May 29, 2008

                                            _____
                                            HONORABLE ROBERT P. PATTERSON
                                            UNITED STATES DISTRICT JUDGE