UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                  :

                - v. -                    :

ALEXANDER IZQUIERDO,                      :

                        Defendant.        :

- - - - - - - - - - - - - - - - - -x

UNDER SEAL

**ORIGINAL**

NOTICE OF INTENT
TO FILE AN INFORMATION

04 Cr.

**09 CRIM 341**

         Please take notice that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.

Dated:    New York, New York
          March 22, 2004

                              DAVID N. KELLEY
                              United States Attorney

                         By:  _____
                              Marcus A. Asner
                              Assistant United States Attorney


                              AGREED AND CONSENTED TO:

                         By:  _____
                              Jorge Guitlein, Esq.
                              Attorney for Alexander Izquierdo

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/22/04

AUSA Asner indicated
this matter re-assigned to RPP.

3/22/04