UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

   - v. -                           :
                                      04 Cr. ___
ALEXANDER IZQUIERDO,                :

         Defendant.              :

- - - - - - - - - - - - - - - - - -x

      ALEXANDER IZQUIERDO, the above-named defendant, who is accused of violating Title 18, United States Code, Sections 1951, 924(c)(1)(A)(ii) and 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



                                                 _____
                                                           Defendant

                                                 _____
                                                           Witness

                                                 _____
                                                     Counsel for Defendant

Date:    New York, New York
         April 13, 2004

0293