U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**UNDER SEAL**

**BY FACSIMILE**
**212-805-6390**

October 14, 2004

Honorable William H. Pauley III
United States District Court
Southern District of New York
United States Courthouse
New York, New York 10007

Re: **United States v. Alexander Izquierdo,**
04 Cr. 341 (WHP)

Dear Judge Pauley:

The sentencing control date for above-referenced defendant previously was scheduled for October 15, 2004. The Government requests that Mr. Izquierdo's control date be adjourned for approximately 90 days, or until on or about January 18, 2005. As the Court is aware, the above-named defendant is cooperating with the Government in an on-going criminal investigation. That investigation recently led to the arrest of two individuals. The Government anticipates that the investigation will take several additional months to complete. Because of the sensitive nature of this information, the Government requests that, if this letter is filed, it be filed under seal.

Very truly yours,

DAVID N. KELLEY
United States Attorney
Southern District of New York

By: _____
Marcus A. Asner
Assistant United States Attorney
(212) 637-2483

cc: Jorge Guttlein, Esq.
(Fax: 212-385-0231)

[Handwritten annotation:] Letter application granted. Sentencing control date is adjourned to January 21, 2005 at 2:30 P.M. In addition, this letter request shall be filed under seal.

SO ORDERED: 10/15/04

WILLIAM H. PAULEY III U.S.D.J.

[Stamp:] USDC SDNY DOCUMENT ELECTRONICALLY FILED

TOTAL P.02