*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**UNDER SEAL**

**BY FACSIMILE**
**212-805-6390**

January 20, 2005

*[handwritten: Letter application granted. Sentencing control date is adjourned to April 22, 2005 at 2:30 P.M. In addition, this letter request shall be filed under seal.]*

Honorable William H. Pauley III
United States District Court
Southern District of New York
United States Courthouse
New York, New York 10007

Re: **United States v. Alexander Izquierdo,**
    **04 Cr. 341 (WHP)**      **SO ORDERED:** *1/21/05*

Dear Judge Pauley:

*[signature]*

**WILLIAM H. PAULEY III U.S.D.J.**

     The sentencing control date for above-referenced
defendant previously was scheduled for January 21, 2005.  The
Government requests that Mr. Izquierdo's control date be
adjourned for approximately 90 days, or until on or about April
25, 2005.  As the Court is aware, the above-named defendant is
cooperating with the Government in an on-going criminal
investigation.  That investigation has led to the arrest of five
individuals.  The Government anticipates that the investigation
will take several additional months to complete.  Because of the
sensitive nature of this information, the Government requests
that, if this letter is filed, it be filed under seal.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/21/0_

                         Very truly yours,

                         DAVID N. KELLEY
                         United States Attorney
                         Southern District of New York

                    By: *[signature]*
                         Marcus A. Asner
                         Assistant United States Attorney
                         (212) 637-2483

cc:  Jorge Guttlein, Esq.
     (Fax:  212-385-0231)