





LAW OFFICES OF

*Jorge Guttlein & Associates*

291 Broadway, Suite 1500
New York, N.Y. 10007

212 608-7575     FAX: 212 385 0231

August 31, 2006

VIA FACSIMILE
212 805-7917
Honorable Robert P. Patterson
United States District Court
For the Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Alexander Izquierdo
04 CR 341

Dear Judge Patterson:

We are aware that the sentencing for the above referenced matter has been scheduled for tomorrow September 1, 2006 at 10:00 a.m.; however, we have just received a copy of the PSI report from probation because it was previously forwarded to an email account that is no longer active.

Due to the above, we respectfully request that the time of tomorrows sentencing be rescheduled to 3:00 p.m. so that counsel can review the report with the defendant. We attempted to reach the Assistant United States attorney but were unsuccessful.

We thank the Court for it's consideration to this matter.

Respectfully submitted,
Jorge Guttlein & Associates

By: _____
Jorge Guttlein, Esq.

*SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED*

*Application Denied. Counsel is ordered to provide all probation officer with his current address and E-mail address. In view of the notice required for sentence on probation Report, the sentencing is adjourned to 10/4/06 at 4:30PM.*

*So ordered*
*Robert P Patterson USDJ*

Cc:   via fax 212 637-2605
       Marcus Asner
       Assistant United States Attorney
       One St. Andrew's Plaza
       New York, NY 10278

Case:       United States v. Alexander Izquierdo
Index No.   04 Cr. 341 (RPP)

**MEMO ENDORSEMENT READS:**

*Application denied.*

*Counsel is ordered to provide all probation officers with his current address and e-mail address. In view of the notice required for sentence on probation reports, the sentencing is adjourned to 10/4/06 at 4:00 p.m.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 8/31/06*